# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ORTIZ AREVALO,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>    Defendant. | Case No.: 1:22-cv-01331-DJC-HBK<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING CASE TO COMMISSIONER<br><br>(Docs. 1, 15, 19, 23) |

    Plaintiff Manuel Ortiz Arevalo initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. (Doc. No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 19, 2024, the assigned magistrate judge issued a findings and recommendations recommending that Plaintiff's motion for summary judgment be granted, Defendant's cross-motion for summary judgment be denied, and the Commissioner of Social Security's decision be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 23). The

---

[1] The Court has substituted Martin O'Malley, who has been appointed the Acting Commissioner of Social Security, as the defendant in this suit. *See* Fed. R. Civ. P. 25(d).

1

findings and recommendations contained a notice that any objections were due within fourteen days.  (*Id.* at 1, 16).  As of the date on this order, no party has filed any objections, and the deadline for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds these findings and recommendations to be supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 19, 2024, (Doc. No. 23), are **ADOPTED** in full;
2. Plaintiff's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**;
3. Defendant's construed Cross-Motion for Summary Judgment (Doc. No. 19) is **DENIED**;
4. Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court **REVERSES** the Commissioner's decision and **REMANDS** the case back to the Commissioner of Social Security for further proceedings.
5. The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close this case.

Dated:  May 17, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE