UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ORTIZ AREVALO, | Case No.  1:22-cv-01331-DJC-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Docs. 28, 31) |
| Defendant. | |

Plaintiff Manuel Ortiz Arevalo initiated this action seeking judicial review of a final decision of the Commissioner of Social Security.  (Doc. No. 1).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).  (E.D. Cal. 2025).

On February 13, 2026, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) be granted.  (Doc. 31).  The findings and recommendations contained a notice that any objections were due within fourteen days.  (*Id*. at 4-5).  As of the date of this order no objections have been filed, and the deadline for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

ACCORDINGLY, it is **ORDERED**:

1. The findings and recommendations issued on February 13, 2026 (Doc. 31) are adopted IN FULL;

2. Plaintiff's motion for an award of attorney's fees under § 406(b) (Doc. 28) is GRANTED.

3. Plaintiff is awarded $30,911.25 in attorney's fees pursuant to 42 U.S.C. § 406(b).

4. Counsel shall refund to Plaintiff $7,182.44 of the § 406(b) fees awarded as an offset for the EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d).

5. The Clerk of the Court is respectfully directed to serve a copy of this Order on Plaintiff Manuel Ortiz Arevalo, P.O. Box 6611, Bakersfield, CA, 93386.

IT IS SO ORDERED.

Dated:    **March 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2